PETER ZBRAS ET AL. *v.* ST. VINCENT'S MEDICAL CENTER ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 91 Conn. App. 289 (AC 24941), is denied.

*Richard M. Franchi,* in support of the petition.

*Daniel J. Foster,* in opposition.

Decided October 17, 2005

STATE OF CONNECTICUT *v.* RAHMEL TURNER

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 17 (AC 25335), is denied.

*Ruth Daniella Weissman,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided October 17, 2005

DYVON SMALL *v.* GOING FORWARD, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 91 Conn. App. 39 (AC 26096), is granted, limited to the following issue: